| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0314-3:CR-01-00137-015 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 07 CRIM. 864 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kevin Kayshawn Williams<br>2075 Boston Road<br>Bronx, NY 10460 | Middle/Pennsylvania | Scranton |
| | NAME OF SENTENCING DISTRICT JUDGE | |
| | The Honorable Richard P. Conaboy | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/12/2005 — TO 8/11/2009 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine Base -- 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer/supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation/supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/22/07
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

SEP 1 2 2007
*Effective Date*

*United States District Judge*

**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**