**07 CRIM 864**

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN AND COCAINE BASE [21 USC 846]</u> |
| | | ORIGINAL SENTENCE: <u>Sixty (60) months imprisonment; four (4) years Supervised Release</u> |
| FROM: | Brian M. McNulty<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>The defendant shall submit to one drug test within fifteen (15) days of release from custody and at least two periodic drug tests thereafter. $100.00 Special Assessment.</u> |

RE:   **WILLIAMS, Kevin Kayshawn**
      Dkt # <u>0314-3:CR-01-00137-015</u>

DATE OF SENTENCE:   <u>July 17, 2002</u>

DATE:   September 6, 2007

ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>

REQUEST FOR:   COURT DIRECTION <u>X</u>

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the Middle District of Pennsylvania on July 17, 2002, as outlined above. He was released from custody on August 12, 2005 to commence his supervised release term. On August 22, 2007, the Middle District of Pennsylvania initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Attached please find Probation Form 22(s) signed on August 22, 2007 by the Honorable Richard P. Conaboy, U.S. District Judge for the Middle District of Pennsylvania, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.



WILLIAMS, Kevin Kayshawn                                                    P32612-BMM
Docket No.: 0314-3:CR-01-00137-015
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Brian M. McNulty
    U.S. Probation Officer
    212-805-5055

Approved By: _____  9-6-07
    Avriel G. George                          Date:
    Supervising U.S. Probation Officer

/dg
Enclosures (2)